IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DARRELL T. ANDERSON-BEY, )
)
        Petitioner, )
)
v. ) 1:23CV83
)
TODD E. ISHEE, et al., )
)
        Respondent. )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on February 2, 2023, was served on the parties in this action. (ECF Nos. 2, 3.) Petitioner filed objections to the Magistrate Judge's Recommendation. (*See* ECF No. 4). The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action be construed as a habeas petition under 28 U.S.C. § 2254 and **DISMISSED** *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition. The new petition must be accompanied by either the five-dollar filing fee or a current application to proceed in forma pauperis.

This, the 21st day of February 2023.

                                                /s/ Loretta C. Biggs
                                                United States District Judge